# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| DIAMONDS DIRECT USA, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 8:17-cv-01324-VMC-TBM |
| v. | ) ) |
| DIAMONDS DIRECT, INC., a Florida corporation, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Diamonds Direct USA, Inc., and Defendant, Diamonds Direct, Inc., hereby notify the Court that the Parties have reached a settlement. Pursuant to Local Rule 3.08, the Parties respectfully request the Court administratively close this case for sixty (60) days while the Parties coordinate the logistics of settlement.

June 12, 2018

*/s/ Woodrow H Pollack*
Woodrow H. Pollack
Florida Bar No. 26802
Shutts & Bowen, LLC
4301 W Boy Scout Blvd, Suite 300
Tampa, FL 33602
(813) 229-8900
(813) 227-8234 (facsimile)
wpollack@shutts.com

Gregory W Herbert

*/s/ William Brees*
William Brees
Florida Bar No. 98886
Brittany Maxey-Fisher
Florida Bar No. 44586
Maxey-Fisher, PLLC
100 Second Avenue South, Suite 401 N
St. Petersburg, FL 33701
(727) 230-4949
(727) 230-4827 (facsimile)
lpg@maxeyiplaw.com

Florida Bar No. 111510  
Greenberg Traurig, LLP  
450 S Orange Ave, Suite 650  
Orlando, FL 32801  
(407) 420-1000  
(407) 841-1295 (facsimile)  
herbertg@gtlaw.com  

w.brees@maxeyiplaw.com  
b.maxey@maxeyiplaw.com  

*Counsel for Defendant*

Jessica Cohen-Nowak, *admitted pro hac vice*  
Jonathan Reichman, *admitted pro hac vice*  
Andrews Kurth Kenyon, LLP  
One Broadway  
New York, NY 10004  
jreichman@akkllp.com  
jcohennowak@akkllp.com  

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 12, 2018 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Woodrow H. Pollack*  
    Woodrow H. Pollack